# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 658 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, OFFICE OF THE CHANCELLOR, ET AL., | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 659 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CALIFORNIA UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| Respondent | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 660 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHEYNEY UNIVERSITY OF | : | |

| | | |
|---|---|---|
| PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 661 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CLARION UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 662 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| EAST STROUDSBURG UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |
| | | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 663 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| EDINBORO UNIVERSITY OF PENNSYLVANIA, | : | |

[658 MAL 2016, 659 MAL 2016, 660 MAL 2016, 661 MAL 2016, 662 MAL 2016, 663 MAL 2016, 664 MAL 2016, 665 MAL 2016, 666 MAL 2016, 667 MAL 2016, 668 MAL 2016, 669 MAL 2016, 670 MAL 2016 and 671 MAL 2016] - 2

|  |  |
|---|---|
| | : |
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 664 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| INDIANA UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 665 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| KUTZTOWN UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 666 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA, | : |
| | : |

[658 MAL 2016, 659 MAL 2016, 660 MAL 2016, 661 MAL 2016, 662 MAL 2016, 663 MAL 2016, 664 MAL 2016, 665 MAL 2016, 666 MAL 2016, 667 MAL 2016, 668 MAL 2016, 669 MAL 2016, 670 MAL 2016 and 671 MAL 2016] - 3

| | |
|---|---|
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 667 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MILLERSVILLE UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 668 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SHIPPENSBURG UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |
| | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : No. 669 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Commonwealth Court |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SLIPPERY ROCK UNIVERSITY OF PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |

[658 MAL 2016, 659 MAL 2016, 660 MAL 2016, 661 MAL 2016, 662 MAL 2016, 663 MAL 2016, 664 MAL 2016, 665 MAL 2016, 666 MAL 2016, 667 MAL 2016, 668 MAL 2016, 669 MAL 2016, 670 MAL 2016 and 671 MAL 2016] - 4

| | | |
|---|---|---|
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 670 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WEST CHESTER UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| Respondent | : | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, | : | No. 671 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MANSFIELD UNIVERSITY AND BLOOMSBURG UNIVERSITY, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 13th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

[658 MAL 2016, 659 MAL 2016, 660 MAL 2016, 661 MAL 2016, 662 MAL 2016, 663 MAL 2016, 664 MAL 2016, 665 MAL 2016, 666 MAL 2016, 667 MAL 2016, 668 MAL 2016, 669 MAL 2016, 670 MAL 2016 and 671 MAL 2016] - 5